SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
SAM BENFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD,<br><br>   Plaintiff,<br><br>  vs.<br><br>PROSPECT ENTERPRISES, INC.<br>D/B/A LOS ANGELES FISH CO;<br>DOIZAKI AND SONS; and DOES 1 to 10,<br><br>   Defendants. | **Case No.: 2:24-cv-08085-RGK (ASx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff SAM BENFORD ("Plaintiff") and Defendant DOIZAKI AND SONS stipulate and jointly request that this Court dismiss the above-captioned action, without prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

The Parties request the Court to retain jurisdiction for the Parties to dismiss the entire action with prejudice for thirty (30) days up until January 17, 2025.

\\

\\

Respectfully submitted,

DATED: December 18, 2024            SO. CAL. EQUAL ACCESS GROUP


By:  ___/s/  Jason J. Kim_____
Jason J. Kim
Attorneys for Plaintiff


DATED: December 18, 2024    Allen Matkins Leck Gamble Mallory & Natsis LLP

By:  __/s/ Leilee Ghassemi_____
Leilee Ghassemi, Esq.
Attorneys for Defendant
DOIZAKI AND SONS


## Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: December 18, 2024            By: _/s/ Jason J. Kim_____
Jason J. Kim

STIPULATION FOR DISMISSAL